

*Ignatius M. Wilkinson, Corporation Counsel (Oscar L. Tucker, Arthur H. Goldberg, Edmund B. Hennefeld* and *Leo Brown* of counsel), for appellants.

*John G. Saxe, Eli Whitney Debevoise* and *Edward D. Burns* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and MEDALIE, JJ. Taking no part: THACHER, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BLOCK-SOM & Co., Appellant.

Argued October 1, 1945; decided October 25, 1945.

*Murray L. Gilman* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Saul A. Shames, Orrin G. Judd* and *Alfred H. Sarno* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.